UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DILBAGH SINGH,

    Plaintiff,

v.

DAVID W. JENNINGS, et al.,

    Defendants.

Case No. 20-cv-05864-RS

**ORDER TO SHOW CAUSE**

Having considered the pleadings and documents on file in this matter, and good cause having been shown in petitioner's Application for Order to Show Cause Pursuant to 28 U.S.C. § 2243 and Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, petitioner's Application for Order to Show Cause is hereby GRANTED.

IT IS THEREFORE ORDERED that respondents shall file a return on this Order by August 28, 2020. Petitioner shall have an opportunity to file a reply or traverse within three days of the filing of respondents' return. The matter will then be taken under submission. Petitioner is ordered to serve copies of his habeas corpus petition and this Order on respondents forthwith.

**IT IS SO ORDERED**.

Dated: August 21, 2020

_____
RICHARD SEEBORG
United States District Judge